D. Lee Roberts, Jr., Esq.
lroberts@wwhgd.com
Nevada Bar No. 8877
Marjan Hajimirzaee, Esq.
mhajimirzaee@wwhgd.com
Nevada Bar No. 11984
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:  (702) 938-3838
Facsimile:  (702) 938-3864

*Attorneys for Defendants*
*Uber Technologies and Rasier, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WANITA SCOTT AND TORRANCE BROWN, individuals and as assignees in the interest of MEGAN ELIZABETH PEASE,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, RASIER, LLC, and DOES I-V, and ROE CORPORATIONS I-V, inclusive<br><br>Defendants. | Case No.: 2:23-cv-00203-JAD-VCF<br><br>(Removed from the District Court of Clark County, Nevada, Case No. A-23-864041-C, Dept. 31)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR DEFENDANTS UBER TECHNOLOGIES AND RASIER, LLC TO ANSWER PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiffs WANITA SCOTT and TORRANCE BROWN ("Plaintiffs") and Defendants UBER TECHNOLOGIES and RASIER, LLC ("Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline for Defendants to file their Answer to Plaintiffs' Complaint, **from February 15, 2023 to February 22, 2023**.

This is the first stipulation for extension of time for Defendants to file an Answer to Plaintiffs' Complaint. This request for an extension of time is not sought for any improper purpose or other purpose of delay.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file

1

Defendants' Answer to Plaintiffs' Complaint, **from February 15, 2023 to February 22, 2023**.

IT IS SO STIPULATED.

| | |
|---|---|
| */s/ David F. Sampson (with permission)* <br> David F. Sampson, Esq. <br> LAW OFFICE OF DAVID SAMPSON <br> 630 S. Third Street <br> Las Vegas, NV 89101 <br><br> Preston P. Rezaee, Esq. <br> THE FIRM, P.C. <br> 630 S. Third Street <br> Las Vegas, NV 89101 <br><br> *Attorneys for Plaintiffs* | */s/ D. Lee Roberts, Jr.* <br> D. Lee Roberts, Jr., Esq. <br> Marjan Hajimirzaee, Esq. <br> WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC <br> 6385 South Rainbow Blvd., Suite 400 <br> Las Vegas, Nevada 89118 <br><br> Alexandra B. McLeod, Esq. <br> Colt B. Dodrill, Esq. <br> WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP <br> 6689 Las Vegas Blvd., South, Suite 200 <br> Las Vegas, NV 89119 <br><br> *Attorneys for Defendants* <br> *Uber Technologies and Rasier, LLC* |

## **ORDER**

IT IS SO ORDERED that the deadline for Defendants UBER TECHNOLOGIES and RASIER, LLC to file their Answer to Plaintiffs' Complaint be extended from February 15, 2023 to February 22, 2023.

DATED this  16th  day of  February , 2023.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC

*/s/ D. Lee Roberts, Jr.*
D. Lee Roberts, Jr., Esq.
Marjan Hajimirzaee, Esq.
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV  89118
*Attorneys for Defendants*
*Uber Technologies and Rasier, LLC*