D. Lee Roberts, Jr., Esq.
lroberts@wwhgd.com
Nevada Bar No. 8877
Marjan Hajimirzaee, Esq.
mhajimirzaee@wwhgd.com
Nevada Bar No. 11984
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants*
*Uber Technologies, Inc. and Rasier, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WANITA SCOTT AND TORRANCE BROWN, individuals and as assignees in the interest of MEGAN ELIZABETH PEASE, <br><br> Plaintiffs, <br><br> vs. <br><br> UBER TECHNOLOGIES, RASIER, LLC, and DOES I-V, and ROE CORPORATIONS I-V, inclusive <br><br> Defendants. | Case No.: 2:23-cv-00203-JAD-VCF <br><br> (Removed from the District Court of Clark County, Nevada, Case No. A-23-864041-C, Dept. 31) <br><br> **STIPULATION TO SUBSTITUTE ATTORNEYS** |

Defendants UBER TECHNOLOGIES, INC. and RASIER, LLC hereby substitute the law firm of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC as their counsel in the above-entitled action in the place and stead of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP.

DATED this 13th day of March, 2023.

*Scott Jalowiec*
_____
UBER TECHNOLOGIES, INC.
RASIER, LLC
By: Scott Jalowiec
Title: Sr. Counsel, US & Canada

///

1

I HEREBY CONSENT to the substitution of the law firm of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC as counsel for Defendants UBER TECHNOLOGIES, INC. and RASIER, LLC in the above-entitled action in our place and stead.

DATED this 10th day of March, 2023.

/s/ Colt B. Dodrill (w/ permission)
Alexandra B. McLeod, Esq.
Colt B. Dodrill, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP.
6689 Las Vegas Boulevard, South, Suite 200
Las Vegas, Nevada 89119

I HEREBY AGREE to be substituted in the place and stead of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, in the above-entitled action as the attorneys of record for Defendants UBER TECHNOLOGIES, INC. and RASIER, LLC.

DATED this  13th  day of March, 2023.

/s/ Marjan Hajimirzaee
D. Lee Roberts, Jr., Esq.
Marjan Hajimirzaee, Esq.
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendants*
*Uber Technologies, Inc. and Rasier, LLC*

## ORDER

IT IS SO ORDERED that the law firm of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC be substituted in the place and stead of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, in the above-entitled action as the attorneys of record for Defendants UBER TECHNOLOGIES, INC. and RASIER, LLC.

DATED this  14th  day of  March , 2023.

_____
UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and that on the 13th day of March, 2023, I served a true and correct copy of the foregoing **STIPULATION TO SUBSTITUTE ATTORNEYS** by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, to the following:

Preston P. Rezaee, Esq.
THE FIRM, P.C.
630 S. Third Street
Las Vegas, NV 89101
(702) 222-3476
(702) 252-3476 FAX
*Attorneys for Plaintiffs*

David F. Sampson, Esq.
david@davidsampsonlaw.com
LAW OFFICE OF DAVID SAMPSON
630 S. Third Street
Las Vegas, NV 89101
(702) 605-1099
(888) 209-4199 FAX
*Attorneys for Plaintiffs*

Alexandra B. McLeod, Esq.
Colt B. Dodrill, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP.
6689 Las Vegas Boulevard, South, Suite 200
Las Vegas, Nevada 89119

　　　　　　　　　　　*/s/ Kelly L. Pierce*
　　　　　　　　　　An employee of WEINBERG, WHEELER, HUDGINS
　　　　　　　　　　　　　　GUNN & DIAL, LLC

3