D. Lee Roberts, Jr., Esq.
*lroberts@wwhgd.com*
Nevada Bar No. 8877
Marjan Hajimirzaee, Esq.
*mhajimirzaee@wwhgd.com*
Nevada Bar No. 11984
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants*
*Uber Technologies, Inc. and Rasier, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WANITA SCOTT AND TORRANCE BROWN, individuals and as assignees in the interest of MEGAN ELIZABETH PEASE,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, RASIER, LLC, and DOES I-V, and ROE CORPORATIONS I-V, inclusive<br><br>Defendants. | Case No.: 2:23-cv-00203-JAD-VCF<br><br>(Removed from the District Court of Clark County, Nevada, Case No. A-23-864041-C, Dept. 31)<br><br>**STIPULATION AND ORDER TO ARBITRATE AND STAY THE PROCEEDINGS**<br><br>ECF No. 18 |

Plaintiffs Wanita Scott and Torrance Brown (collectively, "Plaintiffs"), and Defendants Uber Technologies, Inc. ("Uber") (erroneously sued as Uber Technologies) and Rasier, LLC (collectively, "Defendants"), by and through their respective counsel of record, stipulate and agree that Defendants' Technology Services Agreements contains an Arbitration Provision covering the claims submitted by Plaintiffs pursuant to their Complaint filed on January 17, 2023 in the District Court for Clark County, Nevada. The parties therefore agree to submit Plaintiffs'

/ / /

/ / /

/ / /

/ / /

1

claims in this action to Hon. Mark Gibbons (Ret.) for arbitration ("Arbitration"). The parties further agree that the claims filed pursuant to the Complaint and pending before this Court shall be stayed pending an outcome of the Arbitration.

IT IS SO STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR COUNSEL OF RECORD.

| | |
|---|---|
| Dated this 13th day of June, 2023. | Dated this 13th day of June, 2023. |
| */s/ David F. Sampson (w/ permission)*<br>David F. Sampson, Esq.<br>LAW OFFICE OF DAVID SAMPSON<br>630 S. Third Street<br>Las Vegas, NV 89101<br><br>Preston P. Rezaee, Esq.<br>THE FIRM, P.C.<br>630 S. Third Street<br>Las Vegas, NV 89101<br><br>*Attorneys for Plaintiffs* | */s/ Marjan Hajimirzaee*<br>D. Lee Roberts, Jr., Esq.<br>Marjan Hajimirzaee, Esq.<br>WEINBERG, WHEELER, HUDGINS,<br>   GUNN & DIAL, LLC<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, Nevada  89118<br><br>*Attorneys for Defendants*<br>*Uber Technologies, Inc. and Rasier, LLC* |

## ORDER

Based on the parties' stipulation [ECF No. 18] and good cause appearing, IT IS ORDERED THAT this action is STAYED pending the conclusion of arbitration proceedings.  The Clerk of Court is directed to ADMINISTRATIVELY CLOSE this case.  Once the arbitration proceedings have concluded, any party may move to lift the stay and reopen this case.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 27, 2023